IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VANDELLA M., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-01585-K-BT |
| | § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated July 26, 2023. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendations to which objections were made. The objections are overruled.

**SO ORDERED.**

**Signed August 23rd, 2023.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1